UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Elton Tabor<br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   15-26544<br><br>Chapter:  13<br>Honorable Timothy A. Barnes |

## MINUTE ORDER

IT IS HEREBY ORDERED:

The Memorandum Decision [Dkt. No. 114] is amended with the following eratta corrections:

a. Page 36, 2nd Paragraph, 4th Line: A space is added between "not" and "make"

b. Page 36, Last Paragraph, 4th Line: "That is promise" is changed to "That is a promise"

c. Page 38, Last Paragraph, 3rd Line: "conscious" is changed to "conscience"

Enter:

United States Bankruptcy Judge

Dated: 13 APR 2018

**Prepared by:**

Rev: 20130104_bko