UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 PROCEEDING |
| | ) | |
| ELTON TABOR, | ) | CASE NO. 15 B 26544 |
| | ) | |
| DEBTOR. | ) | HONORABLE TIMOTHY A. BARNES |

**ITEMIZATION OF FEES AND COSTS
REQUESTED BY THE UNITED STATES TRUSTEE**

NOW COMES PATRICK S. LAYNG, the United States Trustee for Region 11 (the "U.S. Trustee"), by his attorneys, Jeffrey S. Snell, M. Gretchen Silver, and Elizabeth Brusa, and pursuant the Court's Order dated April 11, 2018, submits his itemization of the fees and costs he requests relating to his Motion for Sanctions in the above-captioned case.

The U.S. Trustee does not request attorney fees for many aspects of this litigation.[1] The time itemized below was recorded by the U.S. Trustee's counsel substantially contemporaneous with the task performed and/or was objectively verified by counsel based on other records. With the exceptions of Robert Schaller's deposition, the October 25, 2017 hearing on pretrial motions, and the trial itself, the U.S. Trustee has limited his requests to the time of one attorney for each task, irrespective of how many attorneys actually participated.[2] The hourly rates at which compensation is sought are calculated using a Department of Justice formula designed to capture

---

[1] For example, the U.S. Trustee has not sought fees for: the drafting of his original Motion for Sanctions and Reply to Respondent's Objection to same; much of the time expended on discovery; or the time expended preparing his post-trial brief.

[2] For example, all three of the U.S. Trustee's counsel in this matter attended the majority of the witness preparation meetings, but fees are sought for the time of only one attorney for each meeting.

the Department's actual costs per hour, and reflect the hourly rates in effect at the time each given task was performed.[3]

Throughout the below itemization, attorneys' names are abbreviated with initials, as follows:

| Initials | Individual | Role |
|---|---|---|
| JSS | Jeffrey Snell | U.S. Trustee's counsel |
| MGS | M. Gretchen Silver | U.S. Trustee's counsel |
| EB | Elizabeth Brusa | U.S. Trustee's counsel |
| AB | Adam Brief | Assistant U.S. Trustee |
| PL | Patrick Layng | U.S. Trustee |
| TD | Thomas Durkin | Respondent's counsel |
| KM | Keevan Morgan | Respondent's counsel |
| AM | Alanna Morgan | Respondent's counsel |

The fees and costs requested by the U.S. Trustee fall into seven categories and total $52,363.46.

| Category Number | Description | Amount |
|---|---|---|
| I | Fees relating to Robert Schaller's Rule 9011 Motion served upon the U.S. Trustee on November 8, 2016 | $ 119.93 |
| II | Fees relating to attempted deposition of Elton Tabor | $ 554.40 |
| III | Fees relating to the Motion to Compel Robert Schaller to comply with the U.S. Trustee's Request for Production | $ 4,054.05 |
| IV | Fees relating to the deposition of Robert Schaller and related discovery issues | $ 3,548.62 |
| V | Fees relating to pretrial matters | $ 9,677.61 |
| VI | Fees relating to trial | $ 29,314.45 |
| VII | Transcription Costs | $ 5,094.40 |
| | **Total:** | **$ 52,363.46** |

---

[3] The formula is comprised of the hourly rate of the attorney's annual salary, a benefit recapture component based on the hourly rate, and a fixed Department of Justice overhead expense.

2

I. **Fees relating to Robert Schaller's Rule 9011 Motion served upon the U.S. Trustee on November 8, 2016**

After the U.S. Trustee filed his Motion for Sanctions against Robert Schaller in the above-captioned case, Schaller served a Rule 11 motion upon the U.S. Trustee and his counsel. The U.S. Trustee requests fees for the following time expended in connection with Schaller's motion:

| Date | UST Attorney | Task | Time | Rate | Amount |
|---|---|---|---|---|---|
| 11/8/2016 | JSS | Review Rule 9011 motion for sanctions sent by Keevan Morgan (KM) | 0.5 | $ 171.33 | $ 85.67 |
| 11/9/2016 | JSS | Call with Patrick Layng (PL) (with Adam Brief (AB) and M. Gretchen Silver (MGS)) to discuss sanctions motion | 0.2 | $ 171.33 | $ 34.27 |
| | | Total Time: | 0.7 | Fees Requested: | $ **119.93** |

II. **Fees relating to attempted deposition of Elton Tabor**

During discovery in the above-captioned case, the U.S. Trustee attempted to conduct a deposition of Elton Tabor. The deposition was originally scheduled for March 27, 2017, by subpoena issued February 23, 2017. The original deposition was rescheduled after a series of communications from Robert Schaller's counsel that began one week prior to the scheduled deposition date. The effort to depose Mr. Tabor was eventually abandoned after several attempts to schedule the deposition proved unsuccessful. The U.S. Trustee requests fees for the following time relating to the attempted deposition of Mr. Tabor:

| Date | UST Attorney | Task | Time | Hourly Rate | Amount |
|---|---|---|---|---|---|
| 3/20/2017 | JSS | Receive and review letter from Thomas Durkin (TD) regarding deposition of Elton Tabor. | 0.2 | $ 173.25 | $ 34.65 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/20/2017 | JSS | Consult internal DOJ guidance materials regarding TD's request that PL author a letter to Elton Tabor suggesting that he retain counsel under the Criminal Justice Act or speak with the Federal Defender | 0.4 | $ 173.25 | $ 69.30 |
| 3/21/2017 | JSS | Draft response to TD's 3/20/17 letter re Elton Tabor (0.3); meet with PL, AB, and Elizabeth Brusa (EB) to discuss response (0.5) | 0.8 | $ 173.25 | $ 138.60 |
| 3/22/2017 | JSS | Receive TD's email re: contacting Elton Tabor and read (.1), forward to PL and AB and meet to discuss response (.2), draft and send response (.2) | 0.5 | $ 173.25 | $ 86.63 |
| 3/23/2017 | JSS | Review letter from TD to Elton Tabor. Discuss with PL and AB | 0.2 | $ 173.25 | $ 34.65 |
| 3/23/2017 | JSS | Draft letter and amended subpoena to Elton Tabor rescheduling deposition for April 18, 2017. Discuss content of letter with AB before sending | 0.4 | $ 173.25 | $ 69.30 |
| 3/26/2017 | JSS | Review KM's email to witness re: UST Letter of 3/24 | 0.1 | $ 173.25 | $ 17.33 |
| 3/27/2017 | JSS | Discuss UST response to KM 3/26 email to Elton Tabor with AB and MGS | 0.1 | $ 173.25 | $ 17.33 |
| 3/27/2017 | JSS | Email to KM requesting clarification as to exactly what he contends was misstated in UST's 3/23 correspondence that is the premise of his 3/26 email to Elton Tabor | 0.1 | $ 173.25 | $ 17.33 |
| 4/3/2017 | JSS | Review email to Elton Tabor from KM on 3/31/17 | 0.1 | $ 173.25 | $ 17.33 |
| 4/6/2017 | JSS | Follow-up email to KM re: misstatement he was referencing in email to Elton Tabor | 0.1 | $ 173.25 | $ 17.33 |
| 4/17/2017 | JSS | Phone call from Elton Tabor re rescheduling deposition set for 4/20 | 0.1 | $ 173.25 | $ 17.33 |
| 4/17/2017 | JSS | Email Robert Schaller's counsel re: rescheduling of Elton Tabor's deposition | 0.1 | $ 173.25 | $ 17.33 |
| | | Total Hours: | 3.2 | **Fees Requested:** | **$ 554.40** |

4

### III. Fees relating to Motion to Compel [Dkt. 55]

On April 12, 2017, the U.S. Trustee filed his Motion to Compel Robert Schaller to produce documents in response to a February 1, 2017, Request for Production propounded under Rule 34. (*See* Dkt. 55.) The U.S. Trustee requests fees for the following time relating to the Motion to Compel:

| Date | UST Attorney | Task | Time | Hourly Rate | Amount |
|---|---|---|---|---|---|
| 4/7/2017 | JSS | Legal research re: privilege and work product for motion to compel. Begin drafting motion | 4 | $ 173.25 | $ 693.00 |
| 4/10/2017 | JSS | Work on drafting motion to compel. Review chronology of events and correspondence for recitation of facts. | 5 | $ 173.25 | $ 866.25 |
| 4/11/2017 | JSS | Edit and redraft motion to compel (4.5); send to MGS and EB, and incorporate their comments (.1) | 4.6 | $ 173.25 | $ 796.95 |
| 4/12/2017 | JSS | Final revisions and proofreading of motion to compel; add footnotes and detail re: LBR 7037-1 | 1.2 | $ 173.25 | $ 207.90 |
| 4/12/2017 | JSS | Draft proposed order for motion to compel | 0.2 | $ 173.25 | $ 34.65 |
| 4/18/2017 | JSS | Email to KM re: audio recordings | 0.1 | $ 173.25 | $ 17.33 |
| 4/20/2017 | JSS | Review response to Motion to Compel. Note the incomplete quotation in paragraph 17. Locate the 3/20 email from which quotation taken | 0.5 | $ 173.25 | $ 86.63 |
| 4/20/2017 | JSS | Email KM regarding omitted quotation in paragraph 17 of Response to Motion to Compel | 0.3 | $ 173.25 | $ 51.98 |
| 4/20/2017 | JSS | Receive and review email from KM asking if his omission in paragraph 17 was "inadvertent" | 0.1 | $ 173.25 | $ 17.33 |
| 4/20/2017 | JSS | Email KM re audio recordings, and lack of response to 3/18 inquiry | 0.1 | $ 173.25 | $ 17.33 |
| 4/20/2017 | JSS | Court hearing on motion to compel and motion to extend discovery for UST. In court 1 hour. | 0.2 | $ 173.25 | $ 34.65 |

5

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/20/2017 | JSS | Discussion outside court with KM, Elton Tabor, Michael Oreluk and GS re: Tabor's review of documents by 5/12 | 0.2 | $ 173.25 | $ 34.65 |
| 4/20/2017 | JSS | Discussion with KM after post-hearing group discussion. Topics were audio recording and privilege generally | 0.3 | $ 173.25 | $ 51.98 |
| 4/26/2017 | JSS | Email to KM and other counsel re: audio recordings (3rd request) | 0.2 | $ 173.25 | $ 34.65 |
| 5/17/2017 | JSS | Email to KM following up on Tabor 4/26 letter and document production | 0.1 | $ 173.25 | $ 17.33 |
| 5/17/2017 | JSS | Attempted call with KM to ET | 0.1 | $ 173.25 | $ 17.33 |
| 5/18/2017 | JSS | Email to KM re: follow-up items from 5/17 production | 0.2 | $ 173.25 | $ 34.65 |
| 5/24/2017 | JSS | Follow-up email to KM re: outstanding documents and audio | 0.1 | $ 173.25 | $ 17.33 |
| 5/25/2017 | JSS | Status hearing re: Motion to Compel | 0.1 | $ 173.25 | $ 17.33 |
| 5/25/2017 | JSS | Receive and respond to email from KM re: missing documents | 0.1 | $ 173.25 | $ 17.33 |
| 6/7/2017 | JSS | Two emails with KM re: attorney fees incurred in connection with motion to compel | 0.2 | $ 173.25 | $ 34.65 |
| 6/13/2017 | JSS | Draft status report re: Motion to Compel | 0.3 | $ 173.25 | $ 51.98 |
| 6/15/2017 | JSS | Receive, review and respond to email from KM re: status report | 0.2 | $ 173.25 | $ 34.65 |
| 6/15/2017 | JSS | Receive and respond to email from KM where he alleges that UST is violating court order re: joint status report | 0.1 | $ 173.25 | $ 17.33 |
| 6/15/2017 | JSS | Call with KM re: status report. Agree to send him a modified draft of the UST report if he wants to add language re: Schaller's position and file as joint report | 0.2 | $ 173.25 | $ 34.65 |
| 6/15/2017 | JSS | Modify UST status report draft to become joint report and send to KM | 0.2 | $ 173.25 | $ 34.65 |
| 6/15/2017 | JSS | Receive draft status report from KM that is riddled with pagination issues. Word copy will not open. Respond to KM and advise that the UST will file his own report | 0.1 | $ 173.25 | $ 17.33 |
| 6/15/2017 | JSS | Finalize and file UST status report re: Motion to Compel | 0.1 | $ 173.25 | $ 17.33 |
| 6/15/2017 | JSS | Receive and review email from KM claiming that the UST has violated a court order | 0.1 | $ 173.25 | $ 17.33 |

6

| Date | UST Attorney | Task | Time | Hourly Rate | Amount |
|---|---|---|---|---|---|
| 6/29/2017 | JSS | Prepare for status hearing on motion to compel. Gather emails from KM and put together timeline to document the reality of discovery history in this case | 2 | $ 173.25 | $ 346.50 |
| 6/29/2017 | JSS | Appear for 11:00 AM status hearing. Wait for case to get called (2+ hours). Status (.2) | 2.2 | $ 173.25 | $ 381.15 |
| | | Total Hours: | 23.4 | **Fees Requested:** | **$ 4,054.05** |

### IV. Deposition of Robert Schaller and Related Discovery Issues

The U.S. Trustee conducted a deposition of Robert Schaller on June 1, 2017. In advance of the deposition, time had to be expended to pair emails and attachments produced in .pdf format by Robert Schaller during discovery. The U.S. Trustee requests fees for the following time relating to the deposition and discovery issues:

| Date | UST Attorney | Task | Time | Hourly Rate | Amount |
|---|---|---|---|---|---|
| 5/25/2017 | JSS | Prepare for Robert Schaller deposition | 1.2 | $ 173.25 | $ 207.90 |
| 5/25/2017 | JSS | Email to KM re: pairing attachments with emails produced in .pdf format | 0.1 | $ 173.25 | $ 17.33 |
| 5/30/2017 | JSS | Email exchange with KM about outstanding documents. Respond to KM's assertion that production of disorganized materials with attachments separated from emails is proper. Note text of Rule 34(b) | 0.3 | $ 173.25 | $ 51.98 |
| 5/30/2017 | JSS | Review KM email re: Tabor documents and his presumption of an interview between the U.S. Trustee and Mr. Tabor. Respond to same. | 0.3 | $ 173.25 | $ 51.98 |

7

| Date | UST Attorney | Task | Time | Hourly Rate | Amount |
|---|---|---|---|---|---|
| 5/30/2017 | JSS | Multiple emails from and to KM regarding Rule 34, and his insistence that it has been complied with. KM requests that the UST bear the burden of identifying emails in Robert Schaller's production, and he will then look for the attachments. | 0.4 | $ 173.25 | $ 69.30 |
| 5/30/2017 | JSS | Preparation for Schaller deposition | 4.5 | $ 173.25 | $ 779.63 |
| 5/31/2017 | JSS | Preparation for Schaller deposition | 4 | $ 173.25 | $ 693.00 |
| 6/1/2017 | JSS | Preparation for Schaller deposition | 1.5 | $ 173.25 | $ 259.88 |
| 6/1/2017 | JSS | Attend deposition of Robert Schaller | 4 | $ 173.25 | $ 693.00 |
| 6/1/2017 | MGS | Attend Deposition of Robert Schaller | 4 | $ 181.16 | $ 724.64 |
| | | Total Hours: | 20.3 | Fees Requested: | $ 3,548.62 |

### V.     Pretrial Matters

In advance of the trial in this matter, the U.S. Trustee's counsel expended considerable time preparing exhibits, his pretrial statement, his motion *in limine* and objection to Robert Schaller's pretrial statement, and his omnibus response to Schaller's objection and four separate motions *in limine*. The U.S. Trustee requests fees for the following time relating to these efforts:

| Date | UST Attorney | Task | Time | Hourly Rate | Amount |
|---|---|---|---|---|---|
| 8/24/2017 | MGS | Preparation of UST pretrial statement | 1.5 | $ 181.16 | $ 271.74 |
| 9/16/2017 | JSS | Preparation of UST pretrial statement and exhibits | 2 | $ 175.95 | $ 351.90 |
| 9/17/2017 | JSS | Preparation of UST pretrial statement | 1.5 | $ 175.95 | $ 263.93 |
| 9/18/2017 | JSS | Preparation of UST pretrial statement and exhibits | 7.5 | $ 175.95 | $ 1,319.63 |
| 9/19/2017 | JSS | Preparation of UST pretrial statement and exhibits | 7.5 | $ 175.95 | $ 1,319.63 |
| 9/19/2017 | MGS | Review draft of UST pretrial statement and provide edits | 2.7 | $ 181.16 | $ 489.13 |
| 9/20/2017 | JSS | Finalize UST pretrial statement | 3 | $ 175.95 | $ 527.85 |
| 9/26/2017 | JSS | Email to Alanna Morgan (AM) requesting Schaller Exhibit 73 after verifying that the UST never received a video in discovery. | 0.2 | $ 175.95 | $ 35.19 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/27/2017 | JSS | Follow-up email to KM requesting Schaller Exhibit 73 | 0.1 | $ 175.95 | $ 17.60 |
| 9/27/2017 | JSS | Draft response to Schaller proposed stipulated facts | 1.5 | $ 175.95 | $ 263.93 |
| 9/28/2017 | JSS | Follow-up email to AM, KM, and TD requesting Schaller Exhibit 73 | 0.1 | $ 175.95 | $ 17.60 |
| 10/2/2017 | JSS | Email to KM re Exhibit 73 | 0.2 | $ 175.95 | $ 35.19 |
| 10/5/2017 | JSS | Review and respond to email from AM re: stipulations | 0.2 | $ 175.95 | $ 35.19 |
| 10/5/2017 | JSS | Review two emails from KM conveying his view of stipulations | 0.1 | $ 175.95 | $ 17.60 |
| 10/6/2017 | JSS | Work on comments to Schaller proposed stipulated facts and transmit to AM by 9 a.m. per agreement | 1.5 | $ 175.95 | $ 263.93 |
| 10/6/2017 | JSS | Review stipulation feedback from AM that is untimely and incomplete | 0.2 | $ 175.95 | $ 35.19 |
| 10/6/2017 | JSS | Send additional copies of UST exhibits to AM per her request | 0.1 | $ 175.95 | $ 17.60 |
| 10/6/2017 | JSS | Research admissibility of Zillow valuations for motion *in limine* re: Schaller Exhibits 51 and 52 | 0.5 | $ 175.95 | $ 87.98 |
| 10/10/2017 | JSS | Finish Zillow research. Draft motion i*n limine* re: Zillow Exhibits | 0.7 | $ 175.95 | $ 123.17 |
| 10/10/2017 | JSS | Draft objection to Schaller's Pretrial Statement | 2.2 | $ 175.95 | $ 387.09 |
| 10/11/2017 | JSS | Final review of motion *in limine* re: Zillow Exhibits and Objection to Schaller's Pretrial Statement before filing | 0.5 | $ 175.95 | $ 87.98 |
| 10/11/2017 | JSS | Receive and respond to two emails from KM regarding rebuttal exhibits | 0.2 | $ 175.95 | $ 35.19 |
| 10/11/2017 | JSS | Receive and review multiple emails from AM about stipulated facts | 0.3 | $ 175.95 | $ 52.79 |
| 10/12/2017 | JSS | Review four motions *in limine* and objection filed by Robert Schaller | 0.8 | $ 175.95 | $ 140.76 |
| 10/18/2017 | JSS | Begin drafting omnibus response to Robert Schaller's four motions *in limine* and objection to U.S. Trustee's pretrial statement. Review transcripts and documents from other cases cited in Robert Schaller's papers | 7 | $ 175.95 | $ 1,231.65 |

9

| Date | UST Attorney | Task | Time | Hourly Rate | Amount |
|---|---|---|---|---|---|
| 10/20/2017 | JSS | Finish drafting omnibus response to Robert Schaller's motions *in limine* and objection. Circulate internally for comments. | 4.5 | $ 175.95 | $ 791.78 |
| 10/20/2017 | MGS | Review, comment on, and discuss with JSS motions *in limine* and objection | 2 | $ 181.16 | $ 362.32 |
| 10/20/2017 | JSS | Review and revise draft of motion for leave to file omnibus response | 0.1 | $ 175.95 | $ 17.60 |
| 10/24/2017 | MGS | Prepare for court hearing on 10/25/17 | 2 | $ 181.16 | $ 362.32 |
| 10/25/2017 | JSS | Attend court hearing on pretrial motions | 2 | $ 175.95 | $ 351.90 |
| 10/25/2017 | MGS | Attend court hearing on pretrial motions | 2 | $ 181.16 | $ 362.32 |
| | | Total Time: | 54.7 | **Fees Requested:** | **$ 9,677.61** |

### VI.   Trial

The U.S. Trustee requests fees for the following time expended in connection with the trial on the Motion for Sanctions that commenced November 6, 2017:

| Date | UST Attorney | Task | Time | Hourly Rate | Amount |
|---|---|---|---|---|---|
| 10/26/2017 | MGS | Trial Preparation | 4.5 | $ 181.16 | $ 815.22 |
| 10/27/2017 | MGS | Prepare for and meet with Michael Fabinski in preparation for trial | 2.5 | $ 181.16 | $ 452.90 |
| 10/31/2017 | EB | Prepare outline of questions to ask summary chart witness, Patricia Brasier | 0.5 | $ 129.48 | $ 64.74 |
| 10/31/2017 | MGS | Prepare for and meet with Michael Oreluk in preparation for trial | 1 | $ 181.16 | $ 181.16 |
| 11/1/2017 | MGS | Prepare for and meet with Austin Pollak in preparation for trial | 3 | $ 181.16 | $ 543.48 |
| 11/1/2017 | MGS | Trial Preparation | 1.5 | $ 181.16 | $ 271.74 |
| 11/2/2017 | MGS | Travel to Elton Tabor's home on 64th Street and meet with him in preparation for trial | 3 | $ 181.16 | $ 543.48 |
| 11/2/2017 | EB | Meet with Patricia Brasier in preparation for trial | 0.5 | $ 129.48 | $ 64.74 |
| 11/2/2017 | MGS | Trial Preparation | 3 | $ 181.16 | $ 543.48 |
| 11/3/2017 | MGS | Trial Preparation | 9 | $ 181.16 | $ 1,630.44 |

10

| Date | Attorney | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 11/4/2017 | MGS | Trial Preparation | 3.5 | $ 181.16 | $ 634.06 |
| 11/6/2017 | MGS | Trial and related preparation | 11 | $ 181.16 | $ 1,992.76 |
| 11/6/2017 | JSS | Trial and related preparation | 11 | $ 175.95 | $ 1,935.45 |
| 11/6/2017 | EB | Trial and related preparation | 9 | $ 139.77 | $ 1,257.93 |
| 11/7/2017 | MGS | Trial and related preparation | 11 | $ 181.16 | $ 1,992.76 |
| 11/7/2017 | JSS | Trial and related preparation | 11 | $ 175.95 | $ 1,935.45 |
| 11/7/2017 | EB | Trial and related preparation | 5.5 | $ 139.77 | $ 768.74 |
| 11/8/2017 | MGS | Trial and related preparation | 10 | $ 181.16 | $ 1,811.60 |
| 11/8/2017 | JSS | Trial and related preparation | 10 | $ 175.95 | $ 1,759.50 |
| 11/8/2017 | EB | Trial and related preparation | 6.7 | $ 139.77 | $ 936.46 |
| 11/9/2017 | MGS | Trial Preparation | 2 | $ 181.16 | $ 362.32 |
| 11/20/2017 | MGS | Trial Preparation | 3.5 | $ 181.16 | $ 634.06 |
| 11/21/2017 | MGS | Trial Preparation | 1 | $ 181.16 | $ 181.16 |
| 11/24/2017 | MGS | Trial Preparation | 7 | $ 181.16 | $ 1,268.12 |
| 11/24/2017 | EB | Trial Preparation | 0.2 | $ 139.77 | $ 27.95 |
| 11/27/2017 | MGS | Trial and related preparation | 10.5 | $ 181.16 | $ 1,902.18 |
| 11/27/2017 | JSS | Trial and related preparation | 10.5 | $ 175.95 | $ 1,847.48 |
| 11/27/2017 | EB | Trial and related preparation | 7.5 | $ 139.77 | $ 1,048.28 |
| 11/29/2017 | MGS | Trial and related preparation | 6.5 | $ 181.16 | $ 1,177.54 |
| 11/29/2017 | JSS | Trial and related preparation | 2 | $ 175.95 | $ 351.90 |
| 11/29/2017 | EB | Trial and related preparation | 2.7 | $ 139.77 | $ 377.38 |
| | | Total Hours: | 170.6 | Fees Requested: | $ 29,314.45 |

## VII.   Transcript Costs

The U.S. Trustee requests reimbursement of the following out-of-pocket costs incurred in connection with the Motion for Sanctions in the above-captioned matter:

| Item | Cost |
|---|---|
| Transcripts of 11/22/16 and 1/26/17 hearings in *In re Elton Tabor* | $ 60.00 |
| Transcript of June 1, 2017, deposition of Robert V. Schaller | $ 1,222.30 |
| Transcript of 11/6/17 trial day | $ 1,251.30 |
| Transcripts of 11/7/17 trial day | $ 383.15 |
| Transcript of 11/8/17 trial day | $ 926.35 |
| Transcript of 11/27/17 trial day | $ 994.25 |
| Transcript of 11/29/17 trial day | $ 257.05 |
| **Total Costs Requested:** | **$ 5,094.40** |

11

WHEREFORE, the U.S. Trustee requests the Court enter an order awarding the above fees and costs and providing any other and further relief as is just.

RESPECTFULLY SUBMITTED,

PATRICK S. LAYNG
UNITED STATES TRUSTEE

Dated: April 30, 2018         /s/ Jeffrey S. Snell
Jeffrey S. Snell, Trial Attorney
M. Gretchen Silver, Trial Attorney
Elizabeth Brusa, Trial Attorney
United States Department of Justice
Office of the United States Trustee
219 South Dearborn Street, Room 873
Chicago, Illinois 60604
Direct: (312) 886-0890
Facsimile: (312) 886-5794
Email: Jeffrey.Snell@usdoj.gov